IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CR154-C

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| CHRISTOPHER OTIKO, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Application Pro Hac Vice [Admission]" (document #53) of defense counsel D. Michael Bush. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: August 20, 2007

Carl Horn, III
United States Magistrate Judge